```
              UNITED STATES DISTRICT COURT
                        FOR THE
                   DISTRICT OF VERMONT
```

UNITED STATES OF AMERICA       :
                               :
                               :
        v.                     :   File No. 2:04 CR 87
                               :
THEODORE BROWN                 :

                            ORDER

The Report and Recommendation of the United States Magistrate Judge was filed February 6, 2007.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989).  The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations."  *Id.*

The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 (Paper 36) is **DENIED**.  Theodore Brown's motions to supplement his original §2255 motion (Papers 41 and 61) are GRANTED, and his motion to compel adjudication (Paper 55) is

DENIED as moot.

Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is DENIED because the petitioner has failed to make a substantial showing of denial of a federal right. Furthermore, the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which could have been resolved differently, or which deserve further proceedings.  See e.g., Flieger v. Delo, 16 F.3rd 878, 882-83 (8th Cir.) cert. denied, 513 U.S. 946 (1994); Sawyer v. Collins, 986 F.2d 1493, 1497 (5th cir.), cert. denied, 508 U.S. 933 (1993).

Furthermore, it is certified that any appeal taken *in forma pauperis* would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

THIS CASE IS CLOSED.

Dated at Burlington, in the District of Vermont, this 25th day of June, 2007.

                                          /s/ William K. Sessions III
                                          William K. Sessions III
                                          Chief Judge
                                          U.S. District Court